# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>N. FAIRFIELD, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-00754-DAD-EPG-PC<br><br>**ORDER REASSIGNING SETTLEMENT CONFERENCE TO UNITED STATES MAGISTRATE JUDGE STANLEY A. BOONE** |

　　　　Edward B. Spencer ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This case is currently set for a settlement conference before Magistrate Judge Michael J. Seng on November 4, 2016, at the California Substance Abuse and Treatment Facility in Corcoran, California. Due to judicial efficiency, the settlement conference is hereby reassigned from Magistrate Judge Seng to Magistrate Judge Stanley A. Boone. All dates and provisions set forth in the Court's October 25, 2016, order remain in full force and effect.

IT IS SO ORDERED.

　　Dated: October 31, 2016　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE