# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>            Plaintiff,<br><br>    v<br><br>N. FAIRFIELD, et al.,<br><br>            Defendants. | Case No. 1:14-cv-00754-DAD-EPG<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

On November 4, 2016, this Court conducted a settlement conference with the parties at Corcoran State Prison. During the settlement conference, the parties reached a settlement agreement which was placed on the record.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within twenty one days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 4, 2016**

                                                        UNITED STATES MAGISTRATE JUDGE

1